IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAKE MENDEL, etc., et al., } | |
| } | |
| Plaintiffs, } | |
| } | CIVIL ACTION NO. |
| v. } | 13-AR-1630-S |
| } | |
| MORGAN KEEGAN & COMPANY, } | |
| INC., } | |
| } | |
| Defendant. } | |

**MEMORANDUM OPINION AND ORDER**

It is now understood at the courthouse that the undersigned judge has broken two vertebrae and is not functioning at the proper level. On March 23, 2016, the Eleventh Circuit issued an opinion in the above-entitled action, reversing and remanding the case for further consideration. Because the court is positive that the Eleventh Circuit will have no objection to this request, this court does not hesitate in requesting the Eleventh Circuit to stay the issuance of the mandate pending an application for rehearing *en banc* and any ruling on such applications, as well as for possible petitions for certiorari. This court is physically incapable as of now to do more than recognize the circumstances under which the parties will now operate.

**DONE** this 4th day of April, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE